**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

In the Matter of the Care and Treatment of Anthony Tucker, Appellant.

Appellate Case No. 2016-002468

---

Appeal From Kershaw County
DeAndrea G. Benjamin, Circuit Court Judge

---

Unpublished Opinion No. 2018-UP-157
Submitted March 1, 2018 – Filed April 18, 2018

---

**APPEAL DISMISSED**

---

Appellate Defender David Alexander, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Deborah R.J. Shupe, both of Columbia, for Respondent.

---

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967), and *In re McCoy*, 360 S.C. 425, 602 S.E.2d (2004). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.** [1]

**LOCKEMY, C.J., and WILLIAMS and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.